IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE POE, On behalf of himself and
All other similarly situated persons                                                          PLAINTIFFS

V.                                                                       CIVIL ACTION NO. 1:22-CV-172-SA-DAS

UNITED FURNITURE INDUSTRIES, INC.
and JOHN DOES 1-10                                                                          DEFENDANTS

ORDER

On November 25, 2022, the Plaintiffs filed a Motion for Class Certification [5]. The Motion [5] is twelve pages long and consists of extensive legal argument.

Rule 7 of the Local Uniform Civil Rules applies "to all written motions in civil actions." L. U. Civ. R. 7(b)(1). That Rule contains specific directives regarding written motions, including the requirement that the party file a supporting memorandum as well as a prohibition on the inclusion of legal argument in a motion. Further, the Rule specifically limits a motion to only four pages. The Plaintiffs' Motion [5] runs afoul of Rule 7 in several respects. The Motion [5] is therefore STRICKEN. The Plaintiffs may refile the Motion in accordance with the Local Rules.

SO ORDERED, this the 29th day of November, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE